United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JHONNATAN MANUEL LOPEZ MORALES, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-266 |
| § § | |
| KRISTI NOEM, *et al.*, § § | |
| Respondents. § | |

## ORDER

Petitioner Jhonnatan Manuel Lopez Morales is currently detained by Immigration and Customs Enforcement at the El Valle Detention Facility in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. (Pet., Doc. 1) The Court referred the matter to a United States Magistrate Judge for pretrial purposes. (Order, Doc. 2)

The Government has since sought to intervene in the case as the proper party in interest under Federal Rule of Civil Procedure 24. (Motion, Doc. 18) It also responded to the substance of the petition, seeking summary judgment, arguing that Lopez's continuing detention without a bond hearing is lawful. (Response & MSJ, Doc. 19) Lopez has not yet filed a Response.

As to the motion to intervene, the Court finds that good cause supports the requested relief.

Accordingly, it is:

**ORDERED** that the Government's Motion to Intervene (Doc. 18) is **GRANTED**. Todd M. Lyons, Kristi Noem, Miguel Vergara, and Pamela Bondi shall be Respondents in this action.

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that the Court's Order Referring Case (Doc. 2) is **RESCINDED**; and

**ORDERED** that by no later than February 10, 2026, Petitioner Jhonnatan Manuel Lopez Morales shall file a Response to Respondents' Motion for Summary Judgment (Doc. 19); and

**ORDERED** that the parties shall appear for hearing via videoconference on February 11, 2026, at 1:30 p.m.  The Court's Case Manager will e-mail the parties a link for the hearing on the morning of the hearing.

Signed on February 3, 2026.

*Fernando Rodriguez, Jr.*
_____
Fernando Rodriguez, Jr.
United States District Judge